**Order entered April 29, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00489-CV

### KELECHI OKERE, Appellant

### V.

### DALLAS AREA RAPID TRANSIT, Appellee

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-00044**

## ORDER

The Clerk's record that has been filed in this appeal does not contain a copy of the trial court's final judgment. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than May 11, 2020, a supplemental clerk's record containing a copy of the judgment.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    KEN MOLBERG
        JUSTICE